UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MKE SPORTS & ENTERTAINMENT LLC,

    Plaintiff,

v.           Case No. 16-cv-631-pp

W. CHRISTOPHER HANNERS,
BRYAN WICKLINE,
ROCK RIVER VALLEY BASEBALL LLC,
and JOHN DOE,

    Defendants.

---

## ORDER APPROVING STIPULATION TO DISMISS WITH PREJUDICE (DKT. NO. 22) AND DISMISSING CASE

---

On July 24, 2018, the parties filed a stipulation to dismiss with prejudice. Dkt. No. 22. The court **APPROVES** the stipulation and **ORDERS** that this case is **DISMISSED with prejudice** and on the merits, with each party to bear its own costs and attorney fees.

Dated in Milwaukee, Wisconsin this 24th day of July, 2018.

    **BY THE COURT:**

    _____
    **HON. PAMELA PEPPER**
    **United States District Judge**

1